# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| iBALL INSTRUMENTS, LLC, an Oklahoma limited liability company,  Plaintiff,  v.  MYRON BUTLER; MARK ROBERT DAVIS; DAVID E. MOORE; TOC SOLUTIONS, INC., an Oklahoma corporation; TELECOMM CONSULTANTS, INC., an Oklahoma corporation; TOC RURAL SOLUTIONS, LLC, an Oklahoma limited liability company,  Defendants. | Case No. CIV-21-00778-JD |

## ORDER

On September 13, 2021, Defendants filed a motion to dismiss Plaintiff's complaint. [Doc. No. 16]. Plaintiff thereafter filed an Amended Complaint under Federal Rule of Civil Procedure 15(a)(1)(B). [Doc. No. 20]. Plaintiff's Amended Complaint "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991); *see Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180–81 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007).

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss [Doc. No. 16] is DENIED AS MOOT and without prejudice.

IT IS SO ORDERED this 18th day of October 2021.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE